# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003

212 228-9795    www.gottlieblaw.net

March 18, 2026

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED** in part.  The conference scheduled for March 24, 2026, is **ADJOURNED** to **April 21, 2026, at 3:15 P.M.**  The conference will be held in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, courtroom 1106.  By **April 14, 2026**, the parties shall file a joint status letter and proposed case management plan.  If Plaintiff has not been in contact with Defendant by that date, Plaintiff shall file a letter seeking to adjourn the IPTC, discussing the status of service, and stating whether Plaintiff intends to seek a default judgment.

Dated: March 18, 2026
        New York, New York

Re:    *Herrera v. Serena Uziyel LLC*
       Case No.: 1:26-cv-895

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield,

The undersigned represents Edery Herrera, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Serena Uziyel LLC ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for March 24, 2026 at 3:15 P.M. (Dkt. 6) be adjourned for 60 days because counsel for the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.