## GOTTLIEB & ASSOCIATES PLLC
### ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003                 April 13, 2026

212 228-9795    www.gottlieblaw.net

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED**.  The conference scheduled for April 21, 2026, is **ADJOURNED** to **May 19, 2026 at 3:15 P.M.**  The conference will be held in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York in courtroom 1106.  Plaintiff shall file proof of service of the summons and Complaint as soon as practicable and no later than **May 4, 2026**, which is ninety days after the filing of the Complaint.  *See* Fed. R. Civ. P. 4(m).

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 9.

Dated: April 13, 2026
   New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:    *Herrera v. Serena Uziyel LLC*
       Case No.: 1:26-cv-895

Dear Judge Schofield,

Plaintiff respectfully submits this letter pursuant to the Court's Order (Dkt. 8). Defendant remains in the process of being served. Plaintiff has made diligent efforts to effectuate service, including multiple attempts at various addresses, which were unsuccessful. Plaintiff has since identified what it believes to be a valid address for service and is in the process of completing service at that location. Plaintiff anticipates that service will be effectuated shortly.

In light of the foregoing, Plaintiff respectfully requests that the Initial Pretrial Conference scheduled for April 21, 2026, at 3:15 P.M. be adjourned. Plaintiff will promptly update the Court upon completion of service and will advise whether it intends to seek a default judgment if Defendant fails to appear.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.